IJT hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6171**

18 U.S.C. § 911

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
            )
         Plaintiff, )
v.          )
            )
STEVINE MITCHELL,    )
   a/k/a "Eileine Sebrena Mitchell," )
   a/k/a "Opal D. Montaque," )
            )
         Defendant. )
_____ )



## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about May 25, 2000, at Broward County, in the Southern District of Florida, the

defendant,

STEVINE MITCHELL,
a/k/a "Eileine Sebrena Mitchell,"
a/k/a "Opal D. Montaque,"

an alien, did falsely and willfully represent herself to be a citizen of the United States, in that she

stated to Inspectors of the United States Immigration and Naturalization Service, that she was a



citizen of the United States, when in truth and in fact, and as the defendant then and there well knew, she was not, in violation of Title 18, United States Code, Section 911.

A TRUE BILL

_Leonard Roth_
FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

2

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**  CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY***

STEVINE D. MITCHELL  **Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)     Yes ____  No ____
Number of New Defendants  ____
Total number of counts  ____

___ Miami  ___ Key West
_X_ FTL  ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) __No__
   List language and/or dialect    __English__

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                 (Check only one)

   I    0 to 5 days      _X_       Petty       ____
   II   6 to 10 days     ____      Minor       ____
   III  11 to 20 days    ____      Misdem.     ____
   IV   21 to 60 days    ____      Felony      _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)  __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  __05/25/00 (INS Custody)__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)  __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  __ Yes  _X_ No   If yes, was it pending in the Central Region? __ Yes _X_ No

*signature*

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500063

*Penalty Sheet(s) attached                                                          REV 4/7/99
N:\udd\hpantale\tthompso\MITCHELL\INDPKG.wpd

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __STEVINE D. MITCHELL__    No.: _____

Count #I:
False claim of citizenship; in violation of 18:911

*Max Penalty: 3 years' maximum imprisonment; $250,000 fine

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96