COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: _STEVINE MITCHELL (J)_      CASE NO:___00-6171-CR-DIMITROULEAS_

AUSA: _TERRY THOMPSON_ /*brown*  ATTY: _Robert Berube_

AGENT: _ANGELA LEAR, INS_         VIOL: _18:911_

PROCEEDING _I/A ON INDICTMENT_    RECOMMENDED BOND ? _PTD_

BOND HEARING HELD - yes/no        COUNSEL APPOINTED____

___   BOND SET @

___   SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to:

_Advised of Charges - sworn for_
_appt'mt of Counsel_

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

_____ (PTD) BOND HRG: _6-30_ _//_ _LSS_

_____ PRELIM/ARRAIGN:

_____ REMOVAL HRG:

_____ STATUS CONF: _7-11_ _//_ _BSS_

Date: 6/26/00    Time 11:00    FTL/LSS
                               TAPE #00- _034_    Begin: _1606_    End: _2029_

_re-call 1960_

FILED by ___ D.C.
JUN 2 6 2000
CLARENCE MADDOX
CLERK U.S. DIST
S.D. OF FLA. FT. LAUD.