REC'D by _____ D.C.
DKTG

JUN 2 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6171-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

STEVINE MITCHELL

FILED by _____ D.C.

JUN 2 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 26, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:                    Address: _Custody_____

                             _____

                             Telephone:_____

DEFENSE COUNSEL:             Name:_____FPD_____

                             Address:_____

                             _____

                             Telephone:_____

BOND SET/CONTINUED:          $____temp PTD_____

Bond hearing held: yes_____  no _X_  Bond hearing set for__6/39/00
                                                           @ //

Dated this_26TH_ day of __JUNE_____,2000.

                             CLARENCE MADDOX
                             COURT ADMINISTRATOR/CLERK OF COURT

                             By:_____Donny Butler_____
                                Deputy Clerk

                             Tape No.____00-_034_____

cc: Copy for Judge
    U. S. Attorney

