## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: STEVINE MITCHELL (J)    CASE NO: 00-6171-CR-DIMITROULEAS
AUSA: TERRY THOMPSON / Rice    ATTY: FPD — Daryl Wilcox
AGENT: ___    VIOL: ___
PROCEEDING: PTD HEARING    RECOMMENDED BOND: PTD
BOND HEARING HELD - yes /(no) stip    COUNSEL APPOINTED: ___
BOND SET @: 100,000 CSB w/ Nebbia    To be cosigned by: ___

FILED by ___ D.C. JUN 30 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

Gov't reserves right to request PTD should deft seek to post or reduce the bond.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 6/30/00    TIME: 11:00 A.M.    FTL/LSS TAPE # 00 - 037    Begin: 2074    End: 2199

