DEFT: Stevine Mitchell (no deft needed)   CASE NO: 00-6171-CR-Dimitrouleas
AUSA: Terry Thompson /Flanigan/   ATTNY: FPD /Darryl Wilcox/
AGENT: ___   VIOL: ___
PROCEEDING: Status Conference   BOND REC: ___

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: [FILED by ___ D.C.]
___ BOND SET @ ___
CO-SIGNATURES: ___   [JUL 11 2000  CLARENCE MADDOX  CLERK U.S. DIST. CT.  S.D. OF FLA. FT. LAUD.]
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
___ Electronic Monitoring

Discovery out today
no pending motions
1-2 days to try
possible plea
Gov't ready

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 7-11-00   TIME: 11:00am   TAPE # 00-055   PG # 2
2660-2725