UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6171-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

STEVINE MITCHELL

Defendant.
_____/

FILED by ZY    D.C.
JUL 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on July 11, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has today complied with its obligations under the Standing Discovery Order. The Government further represented that it is ready to proceed and anticipates that this matter will require one to two days to try. No motions are currently pending.

2. Defense counsel informed the Court that he has not yet received the Government's discovery response.

DATED at Fort Lauderdale, Florida this ____ day of July, 2000.

BARRY S. SELTZER
United States Magistrate Judge

1



Copies to:

Honorable William P. Dimitrouleas
United States District Judge

United States Attorney's Office

Federal Public Defender
Attorney for Defendant