## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6171-CR-WPD  DATE: 7/21/00

COURTROOM CLERK: ~~Karen A. Carlton~~ Deloris McIntosh  COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Stevine Mitchell (J)

U.S. ATTORNEY: Terrence Thompson / Edward Ryan  DEFT. COUNSEL: Daryl Wilcox

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft waived PSI; open plea of guilty; Deft sentenced to: 3 months BOP, 1 year Superuise Release, $100 special Assessment

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____

